# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**GREGORY SMITH,**

        **Plaintiff,**

**vs.**                                                                  **Civ. No. 09-433 JCH/RLP**

**FLYING J, INC.,**

        **Defendant.**

## FINAL JUDGMENT

Having granted Defendant's *Motion for Summary Judgment* [Doc. 34] by a Memorandum Opinion and Order entered on October 12, 2010,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is entered in favor of Defendant, and that Plaintiff's claim is dismissed with prejudice.

*[signature]*
**UNITED STATES DISTRICT JUDGE**